## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN NEW YORK

| | |
|---|---|
| KAVITA FISCHER, MD, | Civil Action No. 1:25-cv-01299-JHR |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| DRAFTKINGS, INC., | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendant DraftKings Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: 6/24/2025

Litt Law, LLC

By: _____
Matthew R. Litt
789 Farnsworth Avenue
Bordentown, NJ 08505
Telephone: (908) 902-7071
Email: mlitt@littlaw.net

Counsel for Plaintiff Kavita Fischer, MD

Coblentz Patch Duffy & Bass LLP

By: _____   7/7/25
Richard R. Patch
Clifford E. Yin
Rees F. Morgan
Sarah E. Peterson
Franklin Krbechek
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Email: ef-rrp@cpdb.com
       ef-cey@cpdb.com
       ef-rfm@cpdb.com
       ef-sep@cpdb.com
       ef-fsk@cpdb.com

Alan Schoenfeld
Andrew Dulberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone:  (212) 937-7294
Email:alan.schoenfeld@wilmerhale.com
andrew.dulberg@wilmerhale.com

Counsel for Defendant DraftKings Inc.